**United States Bankruptcy Court**
**Eastern District of Virginia**
Richmond Division
701 East Broad Street
Richmond, VA 23219

|  |  |
|---|---|
| **In re:** | **Case Number**   09−30805−KRH |
|  | **Chapter**   11 |
| S & K Famous Brands, Inc.<br> 11100 W. Broad Street<br>Glen Allen, VA 23060 |  |

**SSN:**  NA            **EIN:**   05−0845694

### NOTICE OF CONFIRMATION OF CHAPTER 11 PLAN

Notice is hereby given of the entry of an order of this court on December 23, 2009, confirming the Plan of Reorganization filed by Debtor and Official Committee of Unsecured Creditors.

If individual debtor(s); Section §1141(d) of Title 11 of the United States Code sets forth the effect of confirmation of the plan as it relates to the debtor(s)' discharge.

The original order is on file in the Clerk's Office.

|  |  |
|---|---|
| Dated:   December 23, 2009 | For the Court, |
|  | William C. Redden, Clerk |
| (VAN−014) | United States Bankruptcy Court |

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: smithla                Page 1 of 4                    Date Rcvd: Dec 23, 2009
Case: 09-30805                 Form ID: VAN014              Total Noticed: 119


The following entities were noticed by first class mail on Dec 25, 2009.
db          +S & K Famous Brands, Inc.,    11100 W. Broad Street,    Glen Allen, VA 23060-5813
aty         +Jeffrey Kurtzman,    Klehr, Harrison, Harvey, Branzburg & Ell,    260 South Broad Street,
              Philadelphia, PA 19102-5021
aty         +Michael A. Reichman,    P.O. Box 41,   Monticello, FL 32345-0041
aty         +Richard T. Davis,    2445 Belmont Ave.,   P.O. Box 2186,    Youngstown, OH 44504-0186
aty         +Thomas W. Daniels,    Wilmorite Management Group, LLC,    1265 Scottsville, Road,
              Rochester, NY 14624-5177
cr          +Carousel Center Company, L.P.,    c/o Menter, Rudin & Trivelpiece, P.C.,
              Attn: Kevin M. Newman, Esq.,    308 Maltbie Street, Suite 200,    Syracuse, NY 13204-1439,
              U.S.A.
cr          +Chatham County Tax Commissioner,    c/o Daniel T. Powers,    P.O. Box 8324,
              Savannah, GA 31412-8324
cr           County of Loudoun, VA,    c/o K. Stapleton, Asst Cty Atty,    One Harrison St SE (MSC #06),
              Leesburg, VA  20175-3102
cr          +Crossgates Mall Company NewCo, LLC,    Menter Rudin & Trivelpiece, P.C.,
              c/o Kevin M. Newman, Esq.,    308 Maltbie Street, Suite 200,    Syracuse, NY 13204-1439
cr           DCG Development Co.,    240 Clifton Corporate Parkway,    Clifton Park, NY  12065
cr          +Evergreen Enterprises, Inc.,    c/o Spotts Fain PC,    P.O. Box 1555,    Richmond, VA 23218-1555
tee          Export Development Canada (EDC),    Att: Jo-Ann Keech-Barker,    KIA IK3 151 O'Connor St.,
              Ottawa Ontario,    CANADA
cr          +Fredericksburg 35, LLC,    c/o Timothy P. Schwartz,    Bregman Berbert Schwartz & Gilday,
              7315 Wisconsin Ave,    Suite 800 West,    Bethesda, MD 20814-3202
cr          +Gaffney Outlets, LLC,    Menter Rudin & Trivelpiece, P.C.,    c/o Kevin M. Newman, Esq.,
              308 Maltbie Street, Suite 200,    Syracuse, NY 13204-1439
intp        +Gordon Brothers Retail Partners, LLC,    101 Huntington Avenue, 10th Floor,
              Boston, MA 02199-7607
cr          +Grove City Factory Shops Limited Partnership,    Menter Rudin & Trivelpiece, P.C.,
              c/o Kevin M. Newman, Esq.,    308 Maltbie Street, Suite 200,    Syracuse, NY 13204-1439
cr          +Gulf Coast Factory Shops Limited Partnership,    Menter Rudin & Trivelpiece, P.C.,
              c/o Kevin M. Newman, Esq.,    308 Maltbie Street, Suite 200,    Syracuse, NY 13204-1439
cr          +Hagan Properties, Inc.,    12949 Shelbyville Road, Suite 100,    Louisville, KY 40243-2536
cr          +Harry S Shendow,    Ronald A. Page, Jr.,    Cantor Arkema, P.C.,    P.O. Box 561,
              Richmond, VA 23218-0561
cr           Henrico County, Virginia,    County Attorney,    P.O. Box 90775,    Henrico, VA  23273-0775
cr          +Huntley Factory Shops Limited Partnership,    Menter Rudin & Trivelpiece, P.C.,
              c/o Kevin M. Newman, Esq.,    308 Maltbie Street, Suite 200,    Syracuse, NY 13204-1439
cr          +James D. Moore, Jr.,    Ronald A. Page, Jr.,    Cantor Arkema, P.C.,    Post Office Box 561,
              Richmond, VA 23218-0561
desig       +Joseph A. Oliver, III,    11100 W. Broad Street,    Glen Allen, VA 23060-5813
cr          +Kathryn G Smith,    EPB of Chattanooga,    P. O. Box 182255,    Chattanooga, TN 37422-7255
cr          +Leroy S. Wingo, II,    PO Box 2762,    Lynchburg, VA 24505-2762
cr          +MSO, Inc.,    11184 Chriswood Road,    P. O. Box 860,    ATTN: Paul Rubis,
              Glen Allen, VA 23060-0860
cr          +Office of the County Clerk, Ottawa County,    Daniel C. Krueger,    414 Washington Ave., Room 301,
              Grand Haven, MI 49417-1577
cr          +Orchard LLC,    c/o Rory D. Whelehan,    550 South Main Street,    Greenville, SC 29601-2539
cr          +Orlando Outlet Owner, LLC,    Menter Rudin & Trivelpiece, PC,    c/o Kevin M. Newman, Esq.,
              308 Maltbie Street, Suite 200,    Syracuse, NY 13204-1439
cr          +Outlet Village of Hagerstown Limited Partnership,    Menter Rudin & Trivelpiece, PC,
              c/o Kevin M. Newman, Esq.,    308 Maltbie Street, Suite 200,    Syracuse, NY 13204-1439
cr          +PREIT Services, LLC,    c/o Jeffrey Kurtzman, Esquire,    Klehr, Harrison, Harvey, Branzburg & Ell,
              260 S. Broad Street,    Philadelphia, PA 19102-5021
cr          +Pyramid Walden Company, L.P.,    Menter Rudin & Trivelpiece, P.C.,    c/o Kevin M. Newman, Esq.,
              308 Maltbie Street, Suite 200,    Syracuse, NY 13204-1439
intp         Rio Associates Limited Partnership,    c/o David D. Hopper, Esquire,    4551 Cox Road, Suite 210,
              P. O. Box 3059,    Glen Allen, VA  23058-3059
cr          +Robert E Knowles,    Ronald A. Page, Jr.,    Cantor Arkema, P.C.,    P.O. Box 561,
              Richmond, VA 23218-0561
cr          +San Marcos Factory Stores, Ltd.,    Menter Rudin & Trivelpiece, P.C.,    c/o Kevin M. Newman, Esq.,
              308 Maltbie Street, Suite 200,    Syracuse, NY 13204-1439
cr          +Simon Property Group, Inc.,    Attn: Ronald M. Tucker, Esq.,    225 W. Washington Street,
              Indianapolis, IN 46204-3438
cr          +State of Michigan, Department of Treasury,    Cadillac Place,    3030 W. Grand Blvd., Ste. 10-200,
              Detroit, MI 48202-6030,    US
cr          +Susu Developers, LLP,    c/o Law Offices of David A. Greer PLC,    500 E. Main Street Suite 1225,
              Norfolk, VA 23510-2274
cr          +Taubman Landlords,    c/o The Taubman Company,    Attn. Andrew S. Conway,    200 East Long Lake Road,
              Suite 300,    Bloomfield Hills, MI 48304-2324
cr          +Tennessee Dept. Of Revenue,    c/o TN Attorney General's Office,    Bankruptcy Division,
              POB 20207,    Nashville, TN 37202-4015
cr           Texas Comptroller of Public Accounts,    Mark Browning,    c/o Sherri K. Simpson, Paralegal,
              P.O. Box 12548,    Austin, TX  78711-2548
cr           The Marion Plaza, Inc. dba Eastwood Mall,    2445 Belmont Avenue,    P.O. Box 2186,
              Youngstown, OH  44504-0186
cr          +United States Environmental Protection Agency,    Office of General Counsel,
              U.S. EPA Mailcode 2377R,    1300 Pennsylvania Ave., NW,    Washington, DC 20004-3002
cr          +Weldon J Wirick, III,    Ronald A. Page, Jr.,    Cantor Arkema, P.C.,    P.O. Box 561,
              Richmond, VA 23218-0561
8838864      ATMOS ENERGY CORPORATION,    PO BOX 650205,    DALLAS TX  75265-0205
8798883     +Avania Company 3, LLC,    c/o Carnegie Management & Development Co,    27500 Detroit Rd., Ste. 300,
              Westlake, OH 44145-5913
8805622      Barbara O. Carraway, Treasurer,    City of Chesapeake,    P.O. Box 16495,
              Chesapeake, VA 23328-6495
```

```
District/off: 0422-7          User: smithla              Page 2 of 4                   Date Rcvd: Dec 23, 2009
Case: 09-30805                Form ID: VAN014            Total Noticed: 119

 8727547       +Carousel Center Company, L.P.,    c/o Menter, Rudin & Trivelpiece, P.C.,
                 Attn:  Kevin M. Newman, Esq.,    308 Maltbie Street, Suite 200,    Syracuse, New York 13204-1439
 8795711       +Chatham County Tax Commissioner,    Daniel T. Powers,    PO Box 8324,    Savannah, GA 31412-8324
 8910119       +City of Hampton, Treasurer,    1 Franklin Street, Suite 100,    Hampton, Virginia 23669-3575
 8730457       +City of Memphis,    c/o Elizabeth Weller,    Linebarger Goggan Blair & Sampson, LLP,
                 2323 Bryan Street, Suite 1600,    Dallas, TX 75201-2644
 8831232       +County of Hays,    c/o Michael Reed,    PO Box 1269,    Round Rock, TX 78680-1269
 8856250       +County of Roanoke Treasurer,    c/o Katherine Howe Jones,    Sr. Asst. County Attorney,
                 P.O. Box 29800,    Roanoke, VA 24018-0798
 8814941       +Cox Communication,    901 George Washington Blvd,    Wichite, KS 67211-3901
 8727646       +Crossgates Mall Company NewCo, LLC,    c/o Menter, Rudin & Trivelpiece, P.C.,
                 Attn:  Kevin M. Newman, Esq.,    308 Maltbie Street, Suite 200,    Syracuse, New York 13204-1439
 8832240        Cumberland County Tax Collector,    PO Box 449,    Fayetteville, NC  28302-0449
 8905465       +ESI,    369 EDWIN DRIVE,    VIRGINIA BEACH, VA 23462-4522
 8793289       +Eastview Mall, LLC,    c/o Thomas W. Daniels, Esq.,    1265 Scottsville Road,
                 Rochester, NY 14624-5104
 8763950       +Eric C. Cotton, Esquire,    Developers Diversified Realty Corporatio,    3300 Enterprise Parkway,
                 Beachwood, Ohio 44122-7200
 8837450        Export Development Canada (ED),    151 O'Connor St.,    Ottawa, Ontario Canada,
                 KIA IK3, Att: Jo-Ann Keech-Barker
 8994930       +Fairfax County, VA,    Office of the County Attorney,    12000 Government Center Pkwy.,    Suite 549,
                 Fairfax,Virginia 22035-0001
 8729270       +GGP Limited Partnership,    Kristen N. Pate,    110 N. Wacker Drive,    Chicago, IL 60606-1511
 8736545        Georgia, Department of Revenue,    P. O. Box 161108,    Atlanta, Georgia 30321-1108
 8869577       +Graphic Systems, Inc.,    2632 26th Ave South,    Minneapolis, MN 55406-1502
 8793288       +Greece Ridge, LLC,    c/o Thomas W. Daniels, Esq.,    1265 Scottsville Road,
                 Rochester, NY 14624-5104
 8788015       +Gregg County,    c/o Elizabeth Weller,    Linebarger Goggan Blair & Sampson, LLP,
                 2323 Bryan Street, Suite 1600,    Dallas, TX 75201-2644
 8729228        IKON Financial Services,    Bankruptcy Administration,    1738 Bass Road,    PO Box 13708,
                 Macon, GA  31208-3708
 8753405      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
                (address filed with court:  Internal Revenue Service,    400 N. 8th Street, Box 76,    Stop Room 898,
                 Richmond, VA 23219)
 8892129       +JANAF Shopping Center, LLC,    c/o Willcox & Savage, P.C.,    One Commercial Place, Suite 1800,
                 Norfolk, VA 23510-2115
 8781104       +Kentucky Department of Revenue,    Legal Branch-Bankruptcy Section,    Attn: Leanne Warren,
                 P.O. Box 5222,    Frankfort, KY 40602-5222
 8896664       +Laurence W. Goldberg,    Director, Receivables Management,    BDO Seidman, LLP,
                 4035 Premier Dr., Ste. 333,    High Point, NC 27265-8312
 8914604       +Lynnhaven SPE, LLC,    c/o Michele W. Stewart,    300 North Green Street, Ste. 1000,
                 Greensboro, NC 27401-2173
 8874050       +MSO, Inc.,    c/o Adam R. Nelson, Esquire,    Thompson McMullan, P.C.,
                 100 Shockoe Slip, 3rd Floor,    Richmond, VA 23219-4100
 8753404       +Office of Reorganization,    Securities and Exchange Commission,
                 3475 Lenox Road, N.E., Suite 1002,    Atlanta, GA 30326-3227
 8759589       +Official Committee of Unsecured Creditors,    c/o Jeffrey N. Pomerantz, Esq.,
                 Pachulski Stang Ziehl & Jones LLP,    10100 Santa Monica Blvd., Suite 1100,
                 Los Angeles, CA 90067-4111
 8916231       +Orchard LLC,    c/o Rory D. Whelehan,    Womble Carlyle Sandridge & Rice PLLC,
                 550 South Main Street, Suite 400,    Greenville, SC 29601-2541
 8756216       +PREIT Services, as agent for PR Wyoming Valley Lim,    c/o Jeffrey Kurtzman, Esquire,
                 Klehr, Harrison, Harvey, Branzburg & Ell,    260 S. Broad Street,    Philadelphia, PA 19102-5021
 8837431        Peerless Clothing International,    Sharon Porte,    8888 boul. pie 1y,,
                 Montreal, Quebec  Hiz 4j5
 8859600       +Pender & Coward, P.C.,    Attn: Glen W. Thompson, Esq.,    222 Central Park Ave.,    Suite 400,
                 Virginia Beach, VA 23462-3026
 8753744       +Phillips-Van Heusen Corp,    1001 Frontier Road,    Attn: J. Villano, MS #3,
                 Bridgewater, NJ 08807-2963
 8727626       +Pyramid Walden Company, L.P.,    c/o Menter, Rudin & Trivelpiece, P.C.,
                 Attn:  Kevin M. Newman, Esq.,    308 Maltbie Street, Suite 200,    Syracuse, New York 13204-1439
 9202657       +Roanoke County Commissioner of the Revenue,    C/o Katherine Howe Jones, Esquire,
                 5204 Bernard Drive,    Roanoke, Virginia 24018-4345
 8842751       +Roanoke County Treasurer,    Katherine Howe Jones, Esquire,    Roanoke County Attorney,
                 5402 Bernard Drive, Suite 431,    Roanoke, Virginia 24018
 8719554       +Simon Property Group, Inc.,    Attn: Ronald M. Tucker, Esq.,    225 West Washington Street,
                 Indianapolis, IN 46204-3438
 8831233       +Special Road District,    c/o Michael Reed,    PO Box 1269,    Round Rock, TX 78680-1269
 8798572        Sprint Nextel  Correspondence,    Attn Bankruptcy Dept,    PO Box 7949,
                 Overland Park KS 66207-0949
 8798573        Sprint Nextel Distribution,    Attn Bankruptcy Dept,    PO Box 3326,    Englewood CO 80155-3326
 9089372        Stafford County Attorney's Office,    PO Box 339,    Stafford, VA 22555-0339,    540 658-8636
 9356944       +State of Michigan, Department of Treasury,    3030 W. Grand Blvd.,    Suite 10-200,
                 Detroit, MI 48202-6030
 8804763        T Mobile USA Inc,    Attn: Bankruptcy Dept.,    PO Box 53410,    Bellevue, Wa 98015-3410
 8727481       +Taubman Landlords,    c/o The Taubman Company,    Attn. Andrew S. Conway,    200 East Long Lake Road,
                 Bloomfield Hills, MI 48304-2360
 8727256        The Macerich Company,    c/o Katten Muchin Rosenman LLP,    2029 Century Park East, Suite 2600,
                 Los Angeles, CA 90067-3012
 8722398        The Marion Plaza, Inc. dba Eastwood Mall,    2445 Belmont Avenue,    P.O. Box 2186,
                 Youngstown, OH  44504-0186,    Attention: Richard T. Davis, Esq.
 8793287       +The Marketplace,    c/o Thomas W. Daniels, Esq.,    1265 Scottsville Road,
                 Rochester, NY 14624-5104
```

```
District/off: 0422-7          User: smithla              Page 3 of 4            Date Rcvd: Dec 23, 2009
Case: 09-30805                Form ID: VAN014            Total Noticed: 119

8764868       +Time Warner Cable Media Sales (2097),   c/o Szabo Associates, Inc.,
                3355 Lenox Road NE, 9th Floor,   Atlanta, GA 30326-1394
9148428       +Tricots St Raphael/Salant Holding Corp.,   c/o Coface North America, Inc.,
                50 Millstone Rd., Bldg. 100, Ste. 360,   East Windsor, NJ 08520-1415
8888951        United Telephone Southeast LLC,   PO Box 7971,   Shawnee Mission, KS 66207-0971
8888165       +WBNS 10TV, Inc.,   FKA Radiohio, Inc.,   34 South Third Street,   Columbus, OH 43215-4201
9364851       +WCNC Television (0207),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
                Atlanta, GA 30326-1394
8764863       +WEND-FM/WRFX-FM (6089),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
                Atlanta, GA 30326-1394
8764867       +WGFX-FM Radio (1880),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
                Atlanta, GA 30326-1394
8767374       +WHPT-FM (3171),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
                Atlanta, GA 30326-1394
8976624       +WNCN Television (8602),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
                Atlanta, GA 30326-1394
8742365       +WPAW-FM/WQMG-FM/WSMW-FM Radio (7138),   c/o Szabo Associates, Inc.,
                3355 Lenox Road NE, 9th Floor,   Atlanta, GA 30326-1394
8976633       +WRKH/WTKX/WKSJ Radio (6799),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
                Atlanta, GA 30326-1394
8974921       +WROC/WCMF/WBZA/WBEE Radio (9144),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
                Atlanta, GA 30326-1394
8764864       +WSFR-FM Radio (5825),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
                Atlanta, GA 30326-1394
8764860       +WSMV Television (0891),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
                Atlanta, GA 30326-1394
8974900       +WSOC Television (227),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
                Atlanta, GA 30326-1394
8976609       +WSTM/WSTQ Television (1007),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
                Atlanta, GA 30326-1394
9009816       +WVEC Television (1474),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
                Atlanta, GA 30326-1394
8742366       +WXII Television (1379),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
                Atlanta, GA 30326-1394
9368231       +WebEx Communications,   c/o RMS Bankruptcy Recovery Services,   P.O. Box 5126,
                Timonium, Maryland 21094-5126
8831234       +York Creek Water Improvement District,   c/o Michael Reed,   PO Box 1269,
                Round Rock, TX 78680-1269

The following entities were noticed by electronic transmission on Dec 23, 2009.
cr             +Fax: 423-648-1318 Dec 24 2009 02:06:52     Electric Power Board of Chattanooga,
                Attn: Legal Services Division,   P. O. Box 182255,   Chattanogoa, TN 37422-7255
cr              E-mail/Text: ecfnotices@dor.mo.gov                            Missouri Department of Revenue,
                General Counsel's Office,   301 W. High Street, Room 670,   PO Box 475,
                Jefferson City, MO  65105-0475
8792871        +E-mail/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM Dec 24 2009 02:08:50     City of Richmond,
                Department of Public Utilities,   730 E. Broad Street, 5th Floor,
                Richmond, Virginia 23219-1861
8923570        +Fax: 423-648-1318 Dec 24 2009 02:06:52     EPB of Chattanooga,   Attn Legal Services Division,
                P. O. Box 182255,   Chattanooga, TN 37422-7255
8929928        +E-mail/Text: GLOVIERL@CHESTERFIELD.GOV                        Treasurer Chesterfield County,
                attn: Laura Glovier,   PO Box 70,   Chesterfield VA 23832-0906
                                                                                               TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              American Electric Power
cr              Aronov Realty Management
cr              BDO Seidman, LLP
cr              CC Shoppes at University Place
cr              CCM Associates of Clifton Park, LLC
cr              CS Shoppes at University Place
cr              Carolina Power & Light Company d/b/a Progress Ener
cr              Centro Properties Group
cr              Concar Enterprises, Inc.
cr              County of Hays
prf             David E. Nagle
cr              Developers Diversified Realty Corp.
cr              Dominion Virginia Power
cr              Eastview Mall, LLC
cr              Equity One (Louisiana Portfolio) LLC
cr              GRI-EQY (Sparkleberry Square) LLC
cr              General Growth Properties, Inc.
cr              Great Northern Mall
cr              Greece Ridge, LLC
cr              Gregory Greenfield & Associates, Ltd.
cr              Harry S. Shendow
cr              Hutensky Realty Group
cr              Inland American Chesapeake Crossroads, L.L.C.
cr              Kimco Realty Corporation
prf             McGuireWoods LLP
cr              New York State Electric and Gas Corporation
cr              OH Retail II, LLC
cr              OH Retail TT, LLC
intp            Parker Central Plaza, Ltd.
```

```
District/off: 0422-7            User: smithla              Page 4 of 4             Date Rcvd: Dec 23, 2009
Case: 09-30805                  Form ID: VAN014            Total Noticed: 119

                ***** BYPASSED RECIPIENTS (continued) *****
cr              Regency Centers L.P.
cr              Robert J. Becker
cr              Rotterdam Square
cr              Shoppingtown Mall
cr              Special Road District
cr              State of Illinois
cr              The Marketplace
cr              Tuscaloosa County, Alabama
crcm            Unsecured Creditors Committee
cr              Virginia Electric and Power Company d/b/a Dominion
cr              Water Tower Place Shopping Center, LP
cr              Wells Fargo Retail Finance, LLC
cr              Wilton Mall
cr              York Creek Water Improvement District
cr*             Cumberland County Tax Collector,   PO Box 449,   Fayetteville, NC  28302-0449
cr*             +GGP Limited Partnership,   Kristen N. Pate,   110 N. Wacker Drive,   Chicago, IL 60606-1511
cr*             IKON Financial Services,   Bankruptcy Administration,   1738 Bass Road,   PO Box 13708,
                 Macon, GA  31208-3708
cr*             +The Macerich Company,   c/o Katten Muchin Rosenman LLP,   2029 Century Park East,   Suite 2600,
                 Los Angeles, CA 90067-3012
                                                                                           TOTALS: 43, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 25, 2009**               **Signature:** _/s/ Joseph Speetjens_