Lynn L. Tavenner (VSB No. 30083)
Paula S. Beran (VSB No. 34679)
TAVENNER & BERAN, PLC
20 North 8th Street, Second Floor
Richmond, Virginia 23219
(804) 783-8300
Attorneys for the Debtor in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------------------x
In re                                            :    Chapter 11
                                                 :
S & K Famous Brands, Inc.,                       :    Case No. 09-30805 (KRH)
                                                 :
                    Debtor.                      :
---------------------------------------------------x

## SECOND ORDER ADDRESSING ASPECTS OF DEBTOR'S FIFTH OMNIBUS OBJECTION TO CERTAIN "NO LIABILITY" CLAIMS

This matter having come before the Court in the Debtor's Fifth Omnibus Objection to Certain "No Liability" Claims (the "Objection")[1] and Order Sustaining Debtor's Fifth Omnibus Objection to Certain "No Liability" Claims; and it appearing that the relief requested in the Objection is in the best interests of the Debtor's estate, its creditors and other parties in interest; the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; proper notice of the Objection having been provided to all necessary and appropriate parties, including pursuant to the Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures entered by the Court on February 10, 2009, and no further

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Objection.

1

notice being necessary; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED, ADJUDGED and DECREED that

1. The Court will conduct a status conference on February 22, 2010 at 2:00 p.m. for all Claims identified in the Response/Action column as "Received - Continued" on Exhibit A attached hereto.

2. The Debtor's claims and noticing agent, Kurtzman Carson Consultants LLC, is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

4. The Debtor shall cause to be served this Order on all Claimants with claims that are the subject of this Order in accordance with the Omnibus Objection Procedures Order, and to parties-in-interest in accordance with the Court's Case Management Order.

Dated: Richmond, Virginia
February __, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

___/s/ Paula S. Beran_____
Lynn L. Tavenner (VSB No. 30083)
Paula S. Beran (VSB No. 34679)
TAVENNER & BERAN, PLC
20 North 8th Street, Second Floor
Richmond, Virginia 23219
(804) 783-8300

Attorneys for the Debtor in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022- (C)**

*Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.*

___/s/ Paula S. Beran_____

2

Exhibit A

## Claim Amounts Reduced to $0

| Date Filed | Claim Number | Name | Nature | ClaimType | Disallowed Claim | | | | | Total Claim Amount | Reduced Claim Amount | Response/Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | General Unsecured | Priority | Secured | Admin Priority | Admin Secured | | | |
| 4/14/09 | 627 | Orlando Outlet Owner LLC | General Unsecured | Landlord Claim | 6,822.33 | | | | | 6,822.33 | - | Received - Continued |

Exhibit 5 - Claim No. Order