Lynn L. Tavenner (VSB No. 30083)
Paula S. Beran (VSB No. 34679)
TAVENNER & BERAN, PLC
20 North 8th Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Facsimile: (804) 783-0178

-and -

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Shirley S. Cho (admitted *pro hac vice*)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067-4100
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Attorneys for S&K Famous Brands, Inc. Liquidating Trust

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------------------------x
In re                                          :         Chapter 11
                                               :
S & K Famous Brands, Inc.,                     :         Case No. 09-30805 (KRH)
                                               :
            Debtor.                            :
---------------------------------------------------------x

**NOTICE OF (I) WITHDRAWAL OF OBJECTIONS TO CERTAIN CLAIMS
AND (II) INTENT TO CONTINUE HEARING ON ADDITIONAL CLAIMS**

Please take notice that the liquidating trust (the "Trust") of the above referenced estate intends on (a) withdrawing its objections to the claims listed on Exhibit A attached hereto and (b) requesting that for the claims listed on Exhibit B attached hereto (i) the status hearing scheduled for November 17, 2010 at 2:00 p.m. be continued to a date and time in February 2011 and (ii) that the Court set a response deadline in February 2011 for any claimant that has not previously filed a response and whose claim is, on said date, still the subject of an objection

Dated: Richmond, Virginia                      Respectfully submitted,
November 9, 2010

                                               ____/s/ Paula S. Beran___
                                               Lynn L. Tavenner (VSB No. 30083)
                                               Paula S. Beran (VSB No. 34679)
                                               TAVENNER & BERAN, PLC

>20 North 8th Street, Second Floor
>Richmond, Virginia 23219
>Telephone:  (804) 783-8300
>Facsimile: (804) 783-0178
>
>-and-
>
>Jeffrey N. Pomerantz (admitted *pro hac vice*)
>Shirley S. Cho  (admitted *pro hac vice*)
>Pachulski Stang Ziehl & Jones LLP
>10100 Santa Monica Blvd., Suite 1100
>Los Angeles, CA 90067-4100
>Telephone: (310) 277-6910
>Facsimile:  (310) 201-0760
>
>Attorneys for S&K Famous Brands, Inc.
>Liquidating Trust

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice will be served via electronic delivery and/or United States mail, first-class, postage prepaid and/or by electronic delivery to all of the Claimants identified in Exhibits A and B  and to parties on the Primary Service List (as defined in the Case Management Order) on or before the 10th day of September, 2010.

>    */s/ Paula S. Beran*
>Lynn L. Tavenner (VSB No. 30083)
>Paula S. Beran (VSB No. 34679)
>TAVENNER & BERAN, PLC
>20 North 8th Street, Second Floor
>Richmond, Virginia 23219
>(804) 783-8300

**S&K Famous Brands, Inc.**
**Exhibit A - Objections to Withdraw**

| Vendor | Claim No. | Omni |
|---|---|---|
| 1904 RIDGEWOOD COURT,LLC | Scheduled | 18 |
| 2924 SIMON PROPERTY GROUP LP | 859 | 16 |
| 3555 SIMON PROPERTY GROUP LP | 387 | 14 |
| 3764 SIMON PROPERTY GROUP LP | 392 | 14 |
| 3917 WEST RIDGE MALL LLC | 861 | 16 |
| 4316 VILLAGE PARK PLAZA,LLC | 860 | 16 |
| 8700 SIMON PROPERTY GROUP LP | 858 | 16 |
| 9270 NORTH PARK ASSOCIATES LP | 391 | 14 |
| ARUNDEL MILLS LP | 975 | 17 |
| ASHEVILLE MALL,LLC | 675 | 16 |
| BABCOCK AND BROWN PROMENADE LLC | 622/633 | 17 |
| BFI NASC | 1030 | 17 |
| BG HAMBURG SJB LLC | 550 | 14 |
| BOSTONIAN | Scheduled | 18 |
| BUFFALO-MOORESVILLE LLC | 558 | 14 |
| CBL-TRS JOINT VENTURE II,LLC | 954 | 17 |
| CHAMPAIGN MARKETVIEW LLC | 1035 | 18 |
| COASTAL GRAND  LLC | 776 | 16 |
| COLUMBIA SUTTON SQUARE LLC | 587 | 16 |
| CONCORD MILLS MALL LIMITED PARTNE | 981/982 | 18 |
| CPG FINANCE I LLC | 983/987 | 18 |
| CPG PARTNERS LP | 984/986 | 18 |
| DAYTON MALL VENTURE LLC | 776 | 17 |
| DDR MDT HARBISON COURT  LLC | 563 | 14 |
| DDRM KILLEARN SHOPPING CENTER LLC | 557 | 14 |
| DDRM NORTH POINTE PLAZA,LLC | 560 | 14 |
| DDRTC CREEKS AT VIRGINIA CENTER LL | 551/938 | 17 |
| EASTON MARKET LLC | 555 | 14 |
| EASTWOOD MALL INC. | 453/900/1042 | 17 |
| ENRO SHIRT / FASHION PROD GROUP | 150 | 14 |
| FAIRFAX COMPANY OF VIRGINIA | 878/879 | 17 |
| FOX RIVER SHOPPING CENTER LLP | 871 | 16 |
| FREDERICKSBURG 35 LLC | 942 | 17 |
| FRONTIER 0404 CHRISTIANSBURG LLC | 87/915 | 17 |
| GALLERIA AT WOLFCHASE,LLC | 862 | 16 |
| GENERAL GROWTH LIMITED PARTNERSH | 830/1042 | 17 |
| GGP JORDAN CREEK LLC | 371 | 14 |
| GGP-FOUR SEASONS LLC | 903/1037 | 18 |
| GGP-PECANLAND LP | 831/1038 | 17 |
| GLENMONT MDC EASTERN HILLS LLC. | Scheduled | 18 |
| GOLD CREST LLC | 466 | 14 |
| GRAHAM&CONNER,LLC | Scheduled | 18 |
| GRAND HOME FURNISHINGS | 247 | 14 |
| GREAT NORTHERN SPE LLC | 897/1024/1049 | 18 |
| GS II GREEN RIDGE LLC | 562 | 14 |
| HENDON GOLDEN EAST LLC | Scheduled | 18 |
| HRI/GLENBROOK COMMONS LLC | 926 | 17 |
| HUNTLEY FACTORY SHOPS LP | 1054 | 17 |
| HUNTSVILLE SHORES,LLC | 910 | 17 |
| ICON INTERNATIONAL INC. | 372 | 14 |
| IMPERIAL HANKERCHIEFS | 28 | 14 |
| IT RESOURCES | 158 | 14 |
| JACKSON LEWIS | Scheduled | 18 |
| JEFFERSON MALL COMPANY II LLC | 886 | 17 |
| JG WINSTON-SALEM LLC | 884 | 16 |
| JIMMY SALES NECKWEAR CORP. | Scheduled | 18 |
| JIM'S FORMAL WEAR | 612 | 16 |
| KIMCO MALLSIDE PLAZA 1381,INC | 909 | 17 |
| KIMCO NORTH TRUST II | 838 | 16 |
| KIMCO RIVERGATE 588,INC. | 908 | 17 |
| KIN PROPERTIES,INC | Scheduled | 18 |
| KIR AUGUSTA II LP | 946 | 17 |
| LAKE BUENA VISTA JOINT VENTURE,LLC | 80 | 14 |
| LANCASTER TRUST | 869 | 16 |
| LEBCON I,LTD | 957 | 17 |
| LEXINGTON JOINT VENTURE | 956 | 17 |
| LYNNHAVEN SPE,LLC | 709 | 16 |
| MADISON/EAST TOWNE,LLC | 883 | 16 |
| MADISON/WEST TOWNE,LLC | 882 | 16 |
| MALL AT POTOMAC MILLS LLC | 977 | 17 |
| MALL OF GEORGIA LLC | 388 | 14 |
| MARELDA GREENVILLE MALL LLC | 621/624 | 17 |
| MERIDIAN MALL LP | 885 | 17 |
| MOBILE FESTIVAL CENTRE LLC | 765 | 16 |
| NORTH CHARLESTON JOINT VENTURE II, | 955 | 17 |
| NORTHGATE ASSOCIATES LLLP | 78 | 14 |
| OGLETHORPE MALL LLC | 904/1040 | 18 |
| OH RETAIL LL,LLC | 1002 | 17 |
| OPRY MILLS MALL LIMITED PARTNERSHI | 976/980 | 18 |
| PEERLESS CLOTHING | 166 | 14 |
| PEMBROKE SQUARE ASSOCIATES | 708 | 16 |
| PGS BURLINGTON LLC | 933 | 17 |
| POLARIS CENTER LLC | 774 | 17 |
| PYRAMID WALDEN COMPANY LP | 964 | 18 |
| RAMCO JACKSONVILLE LLC | 753 | 16 |
| RAMCO/WEST OAKS II-SPRING MEADOW | 607 | 16 |
| RAMCO-GERSHENSON PROPERTIES LP | 607/749 | 17 |
| REGENCY CENTERS LP | 1057/1058 | 17 |
| RIVER RIDGE MALL LLC | 953 | 17 |
| RLV CYPRESS POINT LP | Scheduled | 18 |
| ROANOKE VENTURE II  LLC | Scheduled | 18 |
| ROTTERDAM SQUARE LLC | 566/973/1025/1050 | 17 |
| RYDER TRUCK RENTAL INC | 763 | 16 |
| SATPHIRE SPORTSWEAR LTD | 224 | 14 |
| SEMINOLE TOWN CENTER LP | 385 | 14 |
| SHOPPINGTOWN MALL LLC | 567/1027/1051 | 17 |
| STACY ADAMS SHOE CO. | 109 | 14 |
| STAFFORD MARKETPLACE,LLC | 932 | 17 |
| TANDY BRANDS-STAGG | Scheduled | 18 |
| TAUBMAN AUBURN HILLS ASSOCIATES L | 342 | 14 |
| TAUBMAN REGENCY SQUARE ASSOCIAT | 797/798 | 17 |
| TRG CHARLOTTE LLC | 911/912 | 18 |
| TRIANGLE TOWN CENTER LLC | 952 | 17 |
| TURTLE CREEK LP | 764 | 16 |
| UNIVERSITY MALL LLC | 922 | 17 |
| UNIVERSITY PARK ASSOCIATES | 863 | 16 |
| UPS FREIGHT | 820 | 16 |
| VALLEY HILLS MALL - GGPLP | 870/1043 | 17 |
| VANETTI INC. | 293 | 14 |
| WESTGATE MALL II LLC. | 951 | 17 |
| WILTON MALL  LLC. | 971/1026/1048 | 18 |
| YORK GALLERIA LP | 950 | 17 |
| **Total** | | |

**S&K Famous Brands, Inc.**
**Exhibit B - Objections to Continue**

| Vendor | Claim No. | Omni |
|---|---|---|
| 6401 RICHMOND ROAD LLLP | Scheduled | 18 |
| ARC DOGWOOD PROMENADE LLC. | 22 | 14 |
| AVIANA COMPANY 3 , LLC. | 788 | 16 |
| BUNZL/PAPERCRAFT VA | 122 | 14 |
| CAROUSEL CENTER COMPANY L.P. | 962/962 | 18 |
| CARY CROSSROADS(DE) LLC | Scheduled | 18 |
| CCM ASSOCIATES OF CLIFTON PARK LLC | 850 | 16 |
| CEDAR-CAMP HILL LLC | 544 | 14 |
| CENTRO INDEPENDENCE,LLC | 880/923 | 17 |
| CERIDIAN EMPLOYER SERVICES | 738 | 16 |
| CHAMPAIGN MARKETVIEW LLC | 919 | 18 |
| COLISEUM CROSSING ASSOCIATES LLC | Scheduled | 18 |
| COROC/RIVERIA LLC | 616 | 16 |
| CROSSGATES MALL COMPANY NEWCO LLC | 959/965/966 | 18 |
| CS SHOPPES AT UNIVERSITY PLACE LLC | 440 | 14 |
| DAYTON MALL VENTURE LLC | 775 | 17 |
| DIVERSIFIED APPAREL GROUP | 498 | 14 |
| DOMINION VIRGINIA POWER | Scheduled | 18 |
| DUMBARTON PROPERTIES INC. | 642 | 16 |
| EASTERN SHORE CENTRE LC,LLC | Scheduled | 18 |
| EASTVIEW MALL LLC | 876 | 16 |
| EQUITY ONE INC | 600 | 16 |
| ESTE TUX, INC D/B/A SARNO &SON | 595 | 16 |
| FABIAN COUTURE GROUP INT | 779 | 16 |
| FASHION OUTLETS OF NIAGARA LLC | Scheduled | 18 |
| FAYETTEVILLE MARKETFAIR INVESTORS L | 522 | 14 |
| FEDERAL EXPRESS CORP. (CORP) | 504 | 14 |
| FEDEX NATIONAL | 103 | 14 |
| FIRST REPUBLIC GROUP REALTY LLC | Scheduled | 18 |
| FIRST SERVICE | 141 | 14 |
| FORT SMITH MALL LLC | Scheduled | 18 |
| GARRETT ENTERPRISES,INC | 500 | 14 |
| GATEWAY MARKETING INTN'L INC. | 464 | 14 |
| GEORGE WEINTRAUB & SONS | Scheduled | 18 |
| GREECE RIDGE LLC | 873 | 16 |
| GREENE TOWN CENTER LLC | 856 | 16 |
| GRI EQY SPARKLEBERRY SQUARE LLC | 577 | 16 |
| GROVE CITY FACTORY SHOPS LP | 810/905/937/1055 | 17 |
| GULF COAST FACTORY SHOPS LTD. | 629/732 | 17 |
| HARRISON & BATES INC | 625/943 | 17 |
| HICKORY HOLLOW PALCE LLC | 487 | 14 |
| HRH OF VIRGINIA | 796 | 16 |
| HRI/GLENBROOK COMMONS LLC | 748 | 17 |
| HUNTLEY FACTORY SHOPS LP | 630/715/719/793 | 17 |
| INLAND AMERICAN RETAIL MANAGEMENT | 743 | 16 |
| INLAND US MANAGEMENT LLC | 605 | 16 |
| INLAND US MANAGEMENT,LLC | 598 | 16 |
| JANAF SHOPPING CENTER LLC | 549 | 14 |
| JUBILEE LTD PARTNERSHIP | 573 | 14 |
| MATTHEWS CENTER LP | 165 | 14 |
| MOTION ADRENALINE,INC. | 295 | 14 |
| NATIONAL GUARDIAN | 393 | 14 |
| NEW EDGE NETWORKS | 320 | 14 |
| NORTHWEST CENTRE ACQUISITION LLC | 432 | 14 |
| NORTHWESTERN PLACE L.P | 252 | 14 |
| OH RETAIL LL,LLC | 852/996 | 17 |
| ORCHARD LLC | 674 | 16 |
| OUTLET VILLAGE OF HAGERSTOWN LP | 576/633 | 17 |
| PACKAGING CORPORATION OF AMERICA | 451 | 14 |
| PLAID / HMX / EVAN PICONE | Scheduled | 18 |
| POLARIS CENTER LLC | 778 | 17 |
| POPLAR CENTER DEVELOPMENT LP | 635 | 16 |
| PR FLORENCE LLC | 809 | 16 |
| PR PATRICK HENRY LLC | 970 | 17 |
| PYRAMID WALDEN COMPANY LP | 961 | 18 |
| REED HOLDINGS LLC | 759 | 16 |
| RETAIL MANAGEMENT SERVICES CO.LLC | 841 | 16 |
| S.L. NUSBAUM REALTY CORP. | Scheduled | 18 |
| SAN MARCOS FACTORY STORES LTD | 520/602/711 | 17 |
| SAVANNAH OUTLET SHOPPES,LLC | Scheduled | 18 |
| SGCT GROUP III LLC | Scheduled | 18 |
| SHELBYVILLE ROAD PLACE LLC | Scheduled | 18 |
| SHOPPING CENTER EQUITIES,INC | Scheduled | 18 |
| SIGN SALE INC | Scheduled | 18 |
| SMALL WORLD LLC | Scheduled | 18 |
| SUPERCREASE, INC. | 48 | 14 |
| TANGER PROPERTIES LP | 927 | 17 |
| TANGER PROPERTIES LTD | 617 | 16 |
| TANGER PROPERTIES LTD. P'SHIP | 930 | 17 |
| THE BEACH COMPANY | Scheduled | 18 |
| THE MARKETPLACE | 874 | 16 |
| TIMM REAL ESTATE LLC | Scheduled | 18 |
| TOSCANO INC | 349 | 14 |
| TRC ASSOCIATES,LLC | 832 | 16 |
| TWMB ASSOCIATES LLC | 929 | 17 |
| TYRONE CENTER | 762 | 16 |
| U S REIF PARKWAY FEE,LLC | Scheduled | 18 |
| UNIVERSITY MALL LLC | 747 | 17 |
| WAITZWMC LLC | Scheduled | 18 |
| WATERTOWER PLACE SC LC | 590 | 16 |
| WESTGATE A.PARTNERSHIP | Scheduled | 18 |
| WOODLAND III | 488 | 14 |
| **Total** | | |