Lynn L. Tavenner (VSB No. 30083)
Paula S. Beran (VSB No. 34679)
TAVENNER & BERAN, PLC
20 North 8th Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Facsimile: (804) 783-0178

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Shirley S. Cho (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067-4100
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Attorneys for S&K Famous Brands, Inc. Liquidating Trust

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------x
In re                                           :    Chapter 11
                                                :
S & K Famous Brands, Inc.,                      :    Case No. 09-30805 (KRH)
                                                :
            Debtor.                             :
------------------------------------------------x

## STIPULATION OF WITHDRAWAL AND WITHDRAWAL
## OF CLAIMS, INCLUDING PROOF OF CLAIM NO. 252

By agreement of S&K Famous Brands, Inc. Liquidating Trust (the "Trust") and Claimant

Northwestern Place, L.P., individually and through its duly authorized representative

("Claimant"), as is evident by Claimant's endorsement below, and as more fully described in

"Settlement Agreement and Mutual Release", Claimant hereby (a) withdraws any and all claims

it has or may have against debtor S&K Famous Brands, Inc., (the "Debtor") and (b) stipulates

that any claim scheduled by the Debtor in the name of the Claimant shall be reduced to $00.00. The foregoing waiver and stipulation shall include, without limitation the following, the waiver of:

1. Proof of Claim No. 252, filed in the of amount of $20,973.66 and subsequently reduced by Court Order to $6,181.50;

2. Any and all filed claims arising as a matter of law, agreement or otherwise; and

3. Any and all scheduled claims arising as a matter of law, agreement or otherwise.

SUBMITTED:

Dated: December 22, 2010

Lynn L. Tavenner
Paula S. Beran
TAVENNER & BERAN, PLC

and

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Shirley S. Cho (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP

By    /s/ Paula S. Beran

Attorneys for S&K Famous Brands, Inc.
Liquidating Trust

CONSENTED TO:

Dated: December 15, 2010

NORTHWESTERN PLACE, L.P.
NWP INC

By [signature]
Print Name: Michael A. Landwirth
Title: President