Lynn L. Tavenner (VSB No. 30083)
Paula S. Beran (VSB No. 34679)
TAVENNER & BERAN, PLC
20 North 8th Street, Second Floor
Richmond, Virginia 23219
Telephone:  (804) 783-8300
Facsimile: (804) 783-0178

   -and -

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Shirley S. Cho  (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067-4100
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760

Attorneys for S&K Famous Brands, Inc. Liquidating Trust

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

--------------------------------------------------------x
In re                                   :     Chapter 11
                                        :
S & K Famous Brands, Inc.,              :     Case No. 09-30805 (KRH)
                                        :
                 Debtor.                :
--------------------------------------------------------x

**AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 15, 2011 AT 2:00 P.M.**

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, Spottswood W. Robinson III & Robert R. Merhige, Jr., U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on February 15, 2011beginning at 2:00 p.m. prevailing Eastern Time.

1. Seventh Omnibus Objection to Certain "Books and Records" Claims

| | |
|---|---|
| Response Deadline: | June 7, 2010 |
| Responses Filed: | Response to Seventh Omnibus Objection to Certain Books and Records Claims filed by Diane W. Sanders of Linebarger Goggan Blair & Sampson, LLP on behalf of San Marcos CISD, City of San Marcos |
| | Response to Seventh Omnibus Objection to Certain Books and Records Claims filed by J. Eric Crupi of Hunton & Williams LLP on behalf of Taubman Landlords. |
| | Response to Trustee's Seventh Omnibus Objection to Certain "Books and Records" Claims filed by Jenelle Marie Dennis of Ballard Spahr LLP on behalf of Centro Properties Group. |
| | Response to The Debtor's Seventh Omnibus Objection to Certain "Books and Records" Claims (Re: related document(s) filed by Jennifer McLain McLemore of Christian & Barton, LLP on behalf of Pyramid Walden Company, LP. |
| | Various Informal Responses |
| Status: | The Trust is going to withdraw its objection to the remaining claim of Centro Properties subject to this Objection |

2. Fourteenth Omnibus Objection To Certain Claims On Basis Of Section 502(d) of the Bankruptcy Code

| | |
|---|---|
| Response Deadline: | July 15, 2010 as extended |
| Responses Filed: | Response to Gold Crest, LLC's Response in Opposition to Trustee's Fourteenth Omnibus Objection to Certain Claims on the Basis of Section 502(d) of the Bankruptcy Code filed by Elizabeth L. Gunn of DurretteBradshaw PLC on behalf of Gold Crest, LLC. |
| | Response to Liquidating Trustee's Fourteenth Omnibus Objection to Certain Claims on Basis of Section 502(d) of the Bankruptcy Code Objection to Claim filed by KDW Restructuring & Liquidation Services LLC filed by Jenelle Marie Dennis of Ballard Spahr LLP on behalf of Aronov Realty Management. |
| | Response to Objection to Claim filed by KDW Restructuring & Liquidation Services LLC, filed by Vanetti Inc.. |

2

|  | Response to Liquidating Trustee's Fourteenth Omnibus Objection to Certain Claims on Basis of Section 502(d) of the Bankruptcy Code filed by J. Eric Crupi of Hunton & Williams LLP on behalf of Taubman Landlords. |
|---|---|
|  | Various Informal Responses |
|  | Statement (NOTICE OF (I) WITHDRAWAL OF OBJECTIONS TO CERTAIN CLAIMS AND (II) INTENT TO CONTINUE HEARING ON ADDITIONAL CLAIMS) (Re: related document(s) 717 Objection to Claim filed by KDW Restructuring & Liquidation Services LLC, 718 Objection to Claim filed by KDW Restructuring & Liquidation Services LLC, 719 Objection to Claim filed by KDW Restructuring & Liquidation Services LLC, 720 Objection to Claim filed by KDW Restructuring & Liquidation Services LLC) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of S&K Famous Brands, Inc. Liquidating Trust. |
| Status: | The Trust intends on withdrawing its objections to the claims other than those listed on Exhibit A attached hereto and (b) requesting that for the claims listed on Exhibit A attached hereto (i) the status hearing scheduled for February 15, 2011 at 2:00 p.m. be continued to a date and time in May 2011 and (ii) that the Court set a response deadline in May 2011 for any claimant that has not previously filed a response and whose claim is, on said date, still the subject of an objection. |

3.  Sixteenth Omnibus Objection To Certain Claims On Basis Of Section 502(d) of the Bankruptcy Code

| Response Deadline: | July 15, 2010 as extended |
|---|---|
| Responses Filed: | Response to Sixteenth Omnibus Objection to Certain Claims on Basis of Section 502(d) of the Bankruptcy Code filed by Jeffrey L. Tarkenton of Womble Carlyle Sandridge & Rice, PLLC on behalf of Orchard LLC. |
|  | Response to Response of Inland American Chesapeake Crossroads, L.L.C., Inland Western Summerville Azalea Square, L.L.C., and Inland Western Kingsport East Stone, L.L.C. to Liquidating Trust's Sixteenth Omnibus Objection to Certain Claims on Basis of Section 502(d) of the Bankruptcy Code filed by Jennifer McLain McLemore of Christian & Barton, LLP on behalf of Inland Western Kingsport East Stone, L.L.C., Inland Western Summerville Azalea Square, L.L.C., Inland American Chesapeake Crossroads, L.L.C.. |

3

        Response to Objection to Claim filed by KDW Restructuring & Liquidation Services LLC filed by David D. Hopper of Cook, Heyward, Lee, Hopper & Feehan, P.C on behalf of Dumbarton Properties, Inc., Rio Associates Limited Partnership.

        Response to Objection to Claim filed by KDW Restructuring & Liquidation Services LLC filed by William H. Schwarzschild III of Williams Mullen on behalf of PR Florence, LLC.

        Various Informal Responses

        Statement (NOTICE OF (I) WITHDRAWAL OF OBJECTIONS TO CERTAIN CLAIMS AND (II) INTENT TO CONTINUE HEARING ON ADDITIONAL CLAIMS) (Re: related document(s) 717 Objection to Claim filed by KDW Restructuring & Liquidation Services LLC, 718 Objection to Claim filed by KDW Restructuring & Liquidation Services LLC, 719 Objection to Claim filed by KDW Restructuring & Liquidation Services LLC, 720 Objection to Claim filed by KDW Restructuring & Liquidation Services LLC) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of S&K Famous Brands, Inc. Liquidating Trust.

Status: The Trust intends on withdrawing its objections to the claims other than those listed on Exhibit A attached hereto and (b) requesting that for the claims listed on Exhibit A attached hereto (i) the status hearing scheduled for February 15, 2011 at 2:00 p.m. be continued to a date and time in May 2011 and (ii) that the Court set a response deadline in May 2011 for any claimant that has not previously filed a response and whose claim is, on said date, still the subject of an objection.

4. Seventeenth Omnibus Objection To Certain Claims On Basis Of Section 502(d) of the Bankruptcy Code

    Response Deadline: July 15, 2010 as extended

    Responses Filed: Response to Response of Glimcher Properties Limited Partnership to Seventeenth Omnibus Objection to Certain Claims on Basis of Section 502(d) of the Bankruptcy Code filed by Elizabeth L. Gunn of DurretteBradshaw PLC on behalf of Glimcher Properties Limited Partnership.

        Joint Response to Liquidating Trustee's Seventeenth Omnibus Objection to Certain Claims on Basis of Section 502(d) of the Bankruptcy Code filed by Jenelle Marie Dennis of Ballard Spahr LLP on behalf of HRI/Glenbrook Commons, LLC, Aronov Realty Management, Centro Properties Group.

        Response to The Marion Plaza, Inc., D/B/A Eastwood Mall's Response to Debtor's Seventeenth Omnibus Objection to Certain Claims on Basis of Section 502(D) of the Bankruptcy Code, Objection to Claim filed by KDW Restructuring & Liquidation Services LLC filed by Michael P. Falzone of Hirschler Fleischer, P.C. on behalf of The Marion Plaza, Inc. dba Eastwood Mall.

        Response to Objection to Claim filed by KDW Restructuring & Liquidation Services LLC) filed by William H. Schwarzschild III of Williams Mullen on behalf of PR Patrick Henry, LLC.

        Response to Liquidating Trustee's Seventeenth Omnibus Objection to Certain Claims on Basis of Section 502(d) of the Bankruptcy Code Objection to Claim filed by KDW Restructuring & Liquidation Services LLC filed by J. Eric Crupi of Hunton & Williams LLP on behalf of Taubman Landlords.

        Various Informal Responses

        Statement (NOTICE OF (I) WITHDRAWAL OF OBJECTIONS TO CERTAIN CLAIMS AND (II) INTENT TO CONTINUE HEARING ON ADDITIONAL CLAIMS) (Re: related document(s) <u>717</u> Objection to Claim filed by KDW Restructuring & Liquidation Services LLC, <u>718</u> Objection to Claim filed by KDW Restructuring & Liquidation Services LLC, <u>719</u> Objection to Claim filed by KDW Restructuring & Liquidation Services LLC, <u>720</u> Objection to Claim filed by KDW Restructuring & Liquidation Services LLC) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of S&K Famous Brands, Inc. Liquidating Trust.

Status:    The Trust intends on withdrawing its objections to the claims other than those listed on Exhibit A attached hereto and (b) requesting that for the claims listed on Exhibit A attached hereto (i) the status hearing scheduled for February 15, 2011 at 2:00 p.m. be continued to a date and time in May 2011 and (ii) that the Court set a response deadline in May 2011 for any claimant that has not previously filed a response and whose claim is, on said date, still the subject of an objection.

5.    Eighteenth Omnibus Objection To Certain Claims On Basis Of Section 502(d) of the Bankruptcy Code

    Response
    Deadline:    July 15, 2010 as extended

    Responses

| | |
|---|---|
| Filed: | Response to Objection to Claim filed by KDW Restructuring & Liquidation Services LLC) filed by Stephanie N. Gilbert of Willcox & Savage, P.C. on behalf of Coliseum Crossing Associates, LLC. |
| | Response to Liquidating Trustee's Eighteenth Omnibus Objection to Certain Claims on Basis of Section 502(d) of the Bankruptcy Code, Objection to Claim filed by KDW Restructuring & Liquidation Services LLC filed by J. Eric Crupi of Hunton & Williams LLP on behalf of Taubman Landlords. |
| | Response to Objection to Claim filed by KDW Restructuring & Liquidation Services LLC filed by Russell R. Johnson III on behalf of Dominion Virginia Power. |
| | Various Informal Responses |
| | Response to The Pyramid Landlords' Response to the Liquidating Trust's Eighteenth Omnibus Objection to Certain Claims on Basis of Section 502(d) of the Bankruptcy Code (Re: related document(s) 720 Objection to Claim filed by KDW Restructuring & Liquidation Services LLC) filed by Jennifer McLain McLemore of Christian & Barton, LLP on behalf of Carousel Center Company, L.P., Crossgates Mall Company NewCo, LLC, Pyramid Walden Company, LP. |
| | Statement (NOTICE OF (I) WITHDRAWAL OF OBJECTIONS TO CERTAIN CLAIMS AND (II) INTENT TO CONTINUE HEARING ON ADDITIONAL CLAIMS) (Re: related document(s) 717 Objection to Claim filed by KDW Restructuring & Liquidation Services LLC, 718 Objection to Claim filed by KDW Restructuring & Liquidation Services LLC, 719 Objection to Claim filed by KDW Restructuring & Liquidation Services LLC, 720 Objection to Claim filed by KDW Restructuring & Liquidation Services LLC) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of S&K Famous Brands, Inc. Liquidating Trust. |
| Status: | The Trust intends on withdrawing its objections to the claims other than those listed on Exhibit A attached hereto and (b) requesting that for the claims listed on Exhibit A attached hereto (i) the status hearing scheduled for February 15, 2011 at 2:00 p.m. be continued to a date and time in May 2011 and (ii) that the Court set a response deadline in May 2011 for any claimant that has not previously filed a response and whose claim is, on said date, still the subject of an objection. |

| | |
|---|---|
| Dated: Richmond, Virginia<br>February 14, 2011 | Respectfully submitted,<br><br>　　　/s/ *Paula S. Beran*　　　<br>Lynn L. Tavenner (VSB No. 30083)<br>Paula S. Beran (VSB No. 34679)<br>TAVENNER & BERAN, PLC<br>20 North 8th Street, Second Floor<br>Richmond, Virginia 23219<br>Telephone:  (804) 783-8300<br>Facsimile: (804) 783-0178<br><br>　　　-and-<br><br>Jeffrey N. Pomerantz (admitted *pro hac vice*)<br>Shirley S. Cho  (admitted *pro hac vice*)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., Suite 1100<br>Los Angeles, CA 90067-4100<br>Telephone: (310) 277-6910<br>Facsimile:  (310) 201-0760<br><br>Attorneys for S&K Famous Brands, Inc.<br>Liquidating Trust |

**S&K Famous Brands, Inc.**
**Exhibit A - Objections to Continue**

| Vendor | Claim No. | Omni |
|---|---|---|
| DIVERSIFIED APPAREL GROUP | 498 | 14 |
| ESTE TUX, INC D/B/A SARNO &SON | 595 | 16 |
| FIRST SERVICE | 141 | 14 |
| GATEWAY MARKETING INTN'L INC. | 464 | 14 |
| GEORGE WEINTRAUB & SONS | Scheduled | 18 |
| ORCHARD LLC | 674 | 16 |
| PACKAGING CORPORATION OF AMERICA | 451 | 14 |
| **Total** | | |